IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-02498-MEH

FRED NEKOUEE, individually,  :
:
    Plaintiff,  :
:
vs.  :
:
HORIZON PARK PARTNERS,  :
LLC, a Delaware limited liability  :
Company; et al.  :
:
    Defendants.  :

## NOTICE OF SETTLEMENT

Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the Court that the Defendant DOLLAR TREE STORES, INC. has reached a settlement in principle with Plaintiff Fred Nekouee. Said parties expect to finalize the settlement in the next 14 days.

    Respectfully submitted,

    s/Robert J. Vincze
    Robert J. Vincze (CO #28399)
    Law Offices of Robert J. Vincze
    PO Box 792
    Andover, Kansas 67002
    Phone: 303-204-8207
    Email: vinczelaw@att.net
    *Attorney for Plaintiff Fred Nekouee*

1

## CERTIFICATE OF SERVICE

      I certify that on October 28, 2019, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

                                                  s/Robert J. Vincze (CO #28399)