IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-02498-DDD-MEH

FRED NEKOUEE, individually,          :
                                     :
        Plaintiff,                   :
                                     :
vs.                                  :
                                     :
HORIZON PARK PARTNERS,               :
LLC, a Delaware limited liability    :
Company; et al.                      :
                                     :
        Defendants.                  :

## NOTICE OF SETTLEMENT

Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the

Court that the Defendants RANCH AND HOME SUPPLY OF COLORADO, INC. and RANCH

AND HOME SUPPLY, LLC have executed a settlement agreement with Plaintiff Fred Nekouee.

Said parties expect to file a dismissal in the next 21 days.

Respectfully submitted,

s/Robert J. Vincze
Robert J. Vincze (CO #28399)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net
*Attorney for Plaintiff Fred Nekouee*

1

## **CERTIFICATE OF SERVICE**

I certify that on November 18, 2019, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

s/Robert J. Vincze (CO #28399)