UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-02498-DDD-MEH

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : |
| HORIZON PARK PARTNERS, LLC, a Delaware limited liability company; | : |
| DOLLAR TREE STORES, INC., a Virginia corporation; | : |
| DILLON COMPANIES, LLC, a Kansas limited liability company; | : |
| RANCH AND HOME SUPPLY OF COLORADO, INC., a Montana corporation; and | : |
| RANCH AND HOME SUPPLY, LLC, a Montana limited liability company; | : |
| Defendants. | : |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants, by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant HORIZON PARK PARTNERS, LLC with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Except as otherwise agreed, Plaintiff and such Defendant shall each bear their own costs and attorney's fees.

DATE: December 11, 2019

Respectfully submitted,

*s/Robert J. Vincze* ⎯
Robert J. Vincze (CO # 28399)

1

              Law Offices of Robert J. Vincze
              PO Box 792, Andover, Kansas 67002
              Phone: 303-204-8207; Email: vinczelaw@att.net
              *Attorney for Plaintiff Fred Nekouee*

*s/Ashley Ricketson Larson*
Ashely Ricketson Larson
Sutton Booker PC
4949 S. Syracuse Street, Suite 500
Denver, CO 80237
Phone: 303-730-6204; Email: alarson@suttonbooker.com
*for Defendant Dillon Companies, LLC*

*s/Melisa Hallie Panagakos*
Melisa Hallie Panagakos
Ryan P. Lessman
Jackson Lewis P.C.
950 17th Street, Suite 2600
Denver, CO 80202
Phone: 303-892-0404
Email: ryan.lessman@jacksonlewis.com
Melisa.panagakos@jacksonlewis.com
*for Defendant Horizon Park Partners, LLC*

*s/Lauren Elizabeth Sykes*
Lauren Elizabeth Sykes
Nixon Shefrin Hensen Ogburn P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
Phone: 303-874-3414; Email: LSykes@nixonshefrin.com
*for Defendants Ranch and Home Supply of Colorado, Inc.
and Ranch and Home Supply, LLC*

2