UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-02498-DDD-MEH

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : |
| HORIZON PARK PARTNERS, LLC, a Delaware limited liability company; | : |
| DOLLAR TREE STORES, INC., a Virginia corporation; | : |
| DILLON COMPANIES, LLC, a Kansas limited liability company; | : |
| RANCH AND HOME SUPPLY OF COLORADO, INC., a Montana corporation; and | : |
| RANCH AND HOME SUPPLY, LLC, a Montana limited liability company; | : |
| Defendants. | : |

**PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE AND MEMORANDUM IN SUPPORT**

Plaintiff, by and through his undersigned counsel, hereby moves the Court to dismiss this action against the sole remaining Defendant, Dillon Companies, LLC, *without* prejudice pursuant to Fed. R. Civ. P. 41(a)(2). In support of his Motion, the Plaintiff states as follows:

1. Defendant Dillon Companies, LLC provided its expert report, which report confirms the allegations in the Complaint relating to its King Soopers. *See* Affidavit of Robert J. Vincze with cover letter and report from Defendant's expert, attached hereto, labeled Exhibit 1. The report is dated December 16, 2019.

1

2.      Plaintiff conducted a Rule 34 inspection of the subject King Soopers on January 30, 2020, and such inspection showed that the violations relating to conditions in the men's and women's restrooms in King Soopers had not been corrected yet.  *See* Affidavit of Brittney Pierce, attached hereto, labeled Exhibit 2.

3.      Defendant's counsel has not returned the undersigned's phone calls regarding this Motion to Dismiss or a schedule to perform the work set forth in Defendant's expert report.

4.      The Plaintiff's expectation is that Defendant Dillon Companies, LLC will complete the work necessary to bring the men's and women's restrooms in King Soopers into compliance with the ADA by May 1, 2020.

5.      Since the last census showed that approximately 53 million Americans are disabled, compliance is good for business.

**WHEREFORE,** Plaintiff respectfully requests that this Court dismiss this action against Defendant Dillon Companies, LLC *without* prejudice, each party to bear their own costs and attorney's fees.

Respectfully submitted,

s/Robert J. Vincze
Robert J. Vincze (CO #28399)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the above and foregoing Motion and Memorandum with the Clerk of the Court using the CM/ECF system on this 27th day of February 2020.

                                                            /s/Robert J. Vincze
                                                            Robert J. Vincze (CO Bar #28399)