IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 19-cv-02498-RMR-MEH

FRED NEKOUEE, individually,

    Plaintiff,

v.

DILLON COMPANIES, LLC,

    Defendant.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by Judge Regina M. Rodriguez on October 14, 2021, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Defendant's Motion for Summary Judgment [Docket No. 67] is GRANTED.  It is

FURTHER ORDERED that the Defendant's Motions to Strike [Docket No. 75] and [Docket No. 76] are DENIED AS MOOT.

FURTHER ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED Plaintiff's claims against Defendant Dillon Companies, LLC are DISMISSED without prejudice for lack of subject matter jurisdiction.

DATED at Denver, Colorado this   14th    day of October, 2021.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK
By: s/Stacy Libid
Stacy Libid, Deputy Clerk